ELIZABETH CITY HOTEL CORPORATION v. M. N. TOXEY.

(Filed 11 September, 1929.)

APPEAL by defendant from an order of *Devin, J.,* made on 31 May, 1929, permitting the defendant, upon affidavit filed, to inspect certain documents and papers of the plaintiff, together with the minutes of the corporation and the defendant's subscription to stock, and to examine W. G. Gaither and C. O. Robinson, officers of the corporation. From PASQUOTANK. Affirmed.

*McMullan & LeRoy for plaintiff.*
*Aydlett & Simpson for defendant.*

Per Curiam. The defendant contends that his Honor's order is unduly restricted, but we are of opinion that it substantially recognizes all the material and determinative allegations in the defendant's affidavit, and that defendant has no just cause of complaint. The order allowing the examination is

Affirmed.